# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) No. 13-35411 |
| | ) |
| THOMAS ANTHONY JASEK, | ) Chapter 7 |
| | ) |
| Debtor. | ) Honorable Jack B. Schmetterer |
| | ) |
| | ) Hearing Date: **January 27, 2015** |
| | ) Hearing Time: **10:30 a.m.** |
| | ) Room No.: **682** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **January 27, 2015, at 10:30 a.m.**, we shall appear before the Honorable Jack B. Schmetterer, or such other judge as may be sitting in his stead, in Courtroom 682 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated: December 22, 2014

Respectfully submitted,

By: /s/ *Miriam R. Stein*
Miriam R. Stein, Chapter 7 Trustee

Miriam R. Stein (IL ARDC #6238163)
Chuhak& Tecson, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
(312) 444-9300
mstein@chuhak.com

{STEIN/JASEK/00041004.DOC/}

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| JASEK, THOMAS ANTHONY | ) | CASE NO. 13-35411-JBS |
| | ) | |
| Debtor(s). | ) | Hon. Jack B. Schmetterer |

### TRUSTEE'S APPLICATION FOR
### COMPENSATION AND EXPENSES

TO:   THE HONORABLE Jack B. Schmetterer

NOW COMES Miriam R. Stein, Trustee herein, pursuant to 11 U.S.C. §330, and requests $3,709.80 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $29,598.03. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $2,459.80 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $3,709.80 | |

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                               $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:    December 18, 2014            /s/ Miriam R. Stein
                                       Miriam R. Stein, Trustee

Miriam R. Stein
30 South Wacker Drive
Suite 2600
Chicago, IL  60606