# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
  §
THOMAS ANTHONY JASEK § Case No. 13-35411
  §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Miriam R. Stein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　219 S. Dearborn Street
　　　　　　Chicago, IL  60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/27/2015 in Courtroom 682 (Judge Schmetterer),
　　　　　　Dirksen United States Courthouse
　　　　　　219 S. Dearborn Street
　　　　　　Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/22/2014　　　　　　　By: /s/ Miriam R. Stein
　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
THOMAS ANTHONY JASEK                §       Case No. 13-35411
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 29,598.03 |
| and approved disbursements of | $ | 5,100.80 |
| leaving a balance on hand of[1] | $ | 24,497.23 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Miriam R. Stein | $ 3,709.80 | $ 0.00 | $ 3,709.80 |
| Attorney for Trustee Fees: Zane L. Zielinski | $ 4,912.50 | $ 4,912.50 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,709.80 |
| Remaining Balance | $ 20,787.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,969.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 10,920.07 | $ 0.00 | $ 6,310.95 |
| 2 | American Express Centurion Bank | $ 9,166.74 | $ 0.00 | $ 5,297.66 |
| 3 | American Express Centurion Bank | $ 2,079.03 | $ 0.00 | $ 1,201.52 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | $ 13,803.44 | $ 0.00 | $ 7,977.30 |
| | Total to be paid to timely general unsecured creditors | | $ | 20,787.43 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid <u>pro</u> <u>rata</u> only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Miriam R. Stein
Chapter 7 Trustee

*Miriam R. Stein*
*30 South Wacker Drive*
*Suite 2600*
*Chicago, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-35411-JBS
Thomas Anthony Jasek                                                      Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 2               Date Rcvd: Dec 23, 2014
                              Form ID: pdf006            Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2014.
db             +Thomas Anthony Jasek,    1246 N Damen Ave,    #2,    Chicago, IL 60622-3141
20959260       +ACS Inc, Educationa Services,    Po Box 7060,    Utica, NY 13504-7060
20959261       +ACS Student Loans,    Po Box 7051,    Utica, NY 13504-7051
20959262       +ACS Student Loans,    121 South 13th St,    Lincoln, NE 68508-1910
20959264       +American Express,    Po Box 981535,    El Paso, TX 79998-1535
20959263       +American Express,    Po Box 981537,    El Paso, TX 79998-1537
22078963        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20959265      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    Po Box 982238,    El Paso, TX 79998)
20959266       +Barclays Bank Delaware,    700 Prides Xing,    Newark, DE 19713-6102
20959267       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
20959268       +Barclays Card Services,    Po Box 8802,    Wilmington, DE 19899-8802
20959271       +CBE Group,    1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
20959283      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot Credit Services,    Po Box 182676,    Columbus, OH 43218)
20959269       +Campus Products and Services,    Po Box 7060,    Utica, NY 13504-7060
20959270       +Caroline Kelly,    223 Imperial St,    Park Ridge, IL 60068-4935
20959273       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20959272       +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
20959274       +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
20959275       +CitiCards,    Po Box 6500,    Sioux Falls, SD 57117-6500
20959276       +City of Chicago,    Department of Revenue,    Po Box 88292,    Chicago, IL 60680-1292
20959277       +City of Chicago,    Department of Revenue,    Po Box 5625,    Chicago, IL 60680-5625
20959278       +Client Services, Inc,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
20959279       +Direct Loans,    Po Box 5202,    Greenville, TX 75403-5202
20959280       +Discover,    Po Box 30420,    Salt Lake City, UT 84130-0420
20959281       +Firstsource Advantage LLC,    205 Bryant Woods S,    Amherst, NY 14228-3609
20959282       +GMAC Mortgage,    Po Box 9001719,    Louisville, KY 40290-1719
20959285       +Home Depot Credit Services,    Po Box 790328,    Saint Louis, MO 63179-0328
20959284       +Home Depot Credit Services,    Po Box 653000,    Dallas, TX 75265-3000
20959287       +John Jasek,    133 Concord St,    Apt 2,    Brooklyn, NY 11201-1929
20959289       +NCB Management Services,    1 Allied Dr,    Feasterville Trevose, PA 19053-6945
20959291        Northstar Location Services, LLC,    4285 Genessee St,    Buffalo, NY 14225-1943
20959292        Target Credit,    Po Box 675,    Minneapolis, MN 55440
20959294       +Target National Bank,    Po Box 673,    Minneapolis, MN 55440-0673
20959293       +Target National Bank,    Po Box 660170,    Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21794450        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 24 2014 00:47:54      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20959286       +E-mail/Text: cio.bncmail@irs.gov Dec 24 2014 00:43:22      Internal Revenue Service,
                 Po Box 7346,    Philadelphia, PA 19101-7346
20959288       +E-mail/Text: ebn@ltdfin.com Dec 24 2014 00:43:41      LTD Financial Services, LP,
                 7322 Southwest Freeway,    Ste 1600,    Houston, TX 77074-2134
20959290       +E-mail/Text: bnc@nordstrom.com Dec 24 2014 00:43:17      Nordstrom Bank,    Po Box 6565,
                 Englewood, CO 80155-6565
22099797       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 24 2014 00:47:14
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
20959295       +E-mail/Text: BKRMailOps@weltman.com Dec 24 2014 00:44:17      Weltman, Weinberg & Reis, Co,
                 175 South 3rd St,    Suite 900,    Columbus, OH 43215-5166
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22078964*       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2014                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: nmolina              Page 2 of 2           Date Rcvd: Dec 23, 2014
                              Form ID: pdf006            Total Noticed: 40
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2014 at the address(es) listed below:

```
          Jose G Moreno    on behalf of Creditor   Ocwen Loan Servicing, LLC nd-one@il.cslegal.com
          Miriam R Stein    mstein@chuhak.com,
           dgeorge@chuhak.com;mstein@ecf.epiqsystems.com;IL82@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard G. Fonfrias    on behalf of Debtor Thomas Anthony Jasek flgbkcourtmail@gmail.com,
           rfonfrias2025@gmail.com;cn2gand@gmail.com;rfonfriasecfcourt@gmail.com,jennifer@mycasesupport.com,
           bamse.lex@gmail.com,pd-law-EGMvpYCskq@mycasemail.com
          Zane L Zielinski    on behalf of Trustee Miriam R Stein zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                            TOTAL: 5
```