UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
THOMAS ANTHONY JASEK § Case No. 13-35411
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Miriam R. Stein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Miriam R. Stein_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | GMAC Mortgage Po Box 9001719 Louisville, KY 40290 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Miriam R. Stein | | | | | |
| Miriam R. Stein | | | | | |
| Associated Bank | | | | | |
| Rabobank, N.A. | | | | | |
| Zane L. Zielinski | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Po Box 7346 Philadelphia, PA 19101 | | | | | |
| | Internal Revenue Service Po Box 7346 Philadelphia, PA 19101 | | | | | |
| | Internal Revenue Service Po Box 7346 Philadelphia, PA 19101 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACS Inc, Educationa Services Po Box 7060 Utica, NY 13504 | | | | | |
| | ACS Student Loans 121 South 13th St Lincoln, NE 68508 | | | | | |
| | ACS Student Loans Po Box 7051 Utica, NY 13504 | | | | | |
| | ACS Student Loans Po Box 7051 Utica, NY 13504 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 981535 El Paso, TX 79998 | | | | | |
| | American Express Po Box 981537 El Paso, TX 79998 | | | | | |
| | Bank of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Barclays Bank Delaware 700 Prides Xing Newark, DE 19713 | | | | | |
| | Barclays Bank Delaware Po Box 8803 Wilmington, DE 19899 | | | | | |
| | Barclays Card Services Po Box 8802 Wilmington, DE 19899 | | | | | |
| | Campus Products and Services Po Box 7060 Utica, NY 13504 | | | | | |
| | Caroline Kelly 223 Imperial St Park Ridge, IL 60068 | | | | | |
| | CBE Group 1309 Technology Pkwy Cedar Falls, IA 50613 | | | | | |
| | Chase Card Services Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | CitiCards Po Box 6500 Sioux Falls, SD 57117 | | | | | |
| | City of Chicago Department of Revenue Po Box 5625 Chicago, IL 60680 | | | | | |
| | City of Chicago Department of Revenue Po Box 88292 Chicago, IL 60680 | | | | | |
| | Client Services, Inc 3451 Harry S Truman Blvd Saint Charles, MO 63301 | | | | | |
| | Direct Loans Po Box 5202 Greenville, TX 75403 | | | | | |
| | Discover Po Box 30420 Salt Lake City, UT 84130 | | | | | |
| | Firstsource Advantage LLC 205 Bryant Woods S Amherst, NY 14228 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot Credit Services Po Box 182676 Columbus, OH 43218 | | | | | |
| | Home Depot Credit Services Po Box 653000 Dallas, TX 75265 | | | | | |
| | Home Depot Credit Services Po Box 790328 Saint Louis, MO 63179 | | | | | |
| | John Jasek 133 Concord St Apt 2 Brooklyn, NY 11201 | | | | | |
| | LTD Financial Services, LP 7322 Southwest Freeway Ste 1600 Houston, TX 77074 | | | | | |
| | NCB Management Services 1 Allied Dr Feasterville Trevose, PA 19053 | | | | | |
| | Nordstrom Bank Po Box 6565 Englewood, CO 80155 | | | | | |
| | Northstar Location Services, LLC 4285 Genessee St Buffalo, NY 14225-1943 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target Credit Po Box 675 Minneapolis, MN 55440 | | | | | |
| | Target National Bank Po Box 660170 Dallas, TX 75266 | | | | | |
| | Target National Bank Po Box 673 Minneapolis, MN 55440 | | | | | |
| | Weltman, Weinberg & Reis, Co 175 South 3rd St Suite 900 Columbus, OH 43215 | | | | | |
| 2 | American Express Centurion Bank | | | | | |
| 3 | American Express Centurion Bank | | | | | |
| 1 | Discover Bank | | | | | |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-35411 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | Miriam R. Stein |
| Case Name: | THOMAS ANTHONY JASEK | | | | Date Filed (f) or Converted (c): | 09/06/2013 (f) |
| | | | | | 341(a) Meeting Date: | 10/16/2013 |
| For Period Ending: | 05/01/2015 | | | | Claims Bar Date: | 07/07/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence 2 Unit Building 1246 N Damen Ave, Chicago, | 135,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Checking Account 5140 Chase Bank | 60.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account 0006 USAA Bank | 10.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account 9997 USAA Bank | 10.00 | 0.00 | | 0.00 | FA |
| 5. Misc household goods and furnishings | 1,080.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 7. (2) Sculptures | 200.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 9. Misc. Jewelry | 25.00 | 0.00 | | 0.00 | FA |
| 10. Misc. Hobby Equipment | 200.00 | 0.00 | | 0.00 | FA |
| 11. Whole life insurance policy 2728 Northwestern Mutual | 12,209.76 | 0.00 | | 12,209.76 | FA |
| 12. Variable Life Insurance Policy 2553 Northwestern Mutual | 19,285.20 | 0.00 | | 17,388.27 | FA |
| 13. Pension State Universities Retirement System of Illinois | 4,606.13 | 0.00 | | 0.00 | FA |
| 14. Roth IRA American Funds | 9,997.02 | 0.00 | | 0.00 | FA |
| 15. 1994 Toyota Regular Cab 158,690 miles | 1,575.00 | 0.00 | | 0.00 | FA |
| 16. 1983 O'Day 28 Ft Boat Original motor/engine Fair/poor condit | 875.00 | 0.00 | | 0.00 | FA |
| 17. Computer, printer, desk | 725.00 | 0.00 | | 0.00 | FA |
| 18. Tools and equipment used in home and yard maintenance | 200.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $186,658.11   $0.00   $29,598.03   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other actions:

Debtor owns whole life insurance policies with value. Beneficiary is an adult brother who doesn't appear to be disabled.  Next step is to investigate value, if any of policies. 2/5/14 Whole life insurance proceeds collected. TFR filed. 1/15/15.

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2014         Current Projected Date of Final Report (TFR): 05/15/2015

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-35411 | Trustee Name: Miriam R. Stein |
| Case Name: THOMAS ANTHONY JASEK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8622 |
| | Checking |
| Taxpayer ID No: XX-XXX2770 | Blanket Bond (per case limit): |
| For Period Ending: 05/01/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/02/14 | | Transfer from Acct # xxxxxx5900 | Transfer of Funds | 9999-000 | $29,582.43 | | $29,582.43 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.55 | $29,539.88 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.92 | $29,495.96 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.44 | $29,453.52 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.79 | $29,409.73 |
| 11/12/14 | 101 | Frank Gecker LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Professional Compensation | 3210-000 | | $4,912.50 | $24,497.23 |
| 01/28/15 | 102 | Miriam R. Stein<br>30 South Wacker Drive<br>Suite 2600<br>Chicago, IL 60606 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,709.80 | $20,787.43 |
| 01/28/15 | 103 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 57.79 % per court order. | 7100-000 | | $6,310.95 | $14,476.48 |
| 01/28/15 | 104 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 2 representing a payment of 57.79 % per court order. | 7100-000 | | $5,297.66 | $9,178.82 |
| 01/28/15 | 105 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 3 representing a payment of 57.79 % per court order. | 7100-000 | | $1,201.52 | $7,977.30 |
| | | | Page Subtotals: | | $29,582.43 | $21,605.13 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-35411  
Case Name: THOMAS ANTHONY JASEK  
Taxpayer ID No: XX-XXX2770  
For Period Ending: 05/01/2015

Trustee Name: Miriam R. Stein  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8622  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/15 | 106 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 57.79 % per court order. | 7100-000 | | $7,977.30 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $29,582.43 | $29,582.43 |
| Less: Bank Transfers/CD's | $29,582.43 | $0.00 |
| Subtotal | $0.00 | $29,582.43 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $29,582.43 |

Page Subtotals: $0.00  $7,977.30

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-35411 | Trustee Name: | Miriam R. Stein |
| Case Name: | THOMAS ANTHONY JASEK | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX5900 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2770 | Blanket Bond (per case limit): | |
| For Period Ending: | 05/01/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/16/14 | | Thomas A. Jasek | Liquidated whole life insurance policy | | $29,598.03 | | $29,598.03 |
| | | | Gross Receipts $29,598.03 | | | | |
| | 11 | | Whole life insurance policy 2728 Northwestern Mutual $12,209.76 | 1129-000 | | | |
| | 12 | | Variable Life Insurance Policy 2553 Northwestern Mutual $17,388.27 | 1129-000 | | | |
| 05/30/14 | | Rabobank, N.A. 90 E Thousand Oaks Blvd Ste 300 Thousand Oaks, CA 91360 | Bank and Technology Services Fees | 2600-000 | | $15.60 | $29,582.43 |
| 07/02/14 | | Transfer to Acct # xxxxxx8622 | Transfer of Funds | 9999-000 | | $29,582.43 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $29,598.03 | $29,598.03 |
| Less: Bank Transfers/CD's | $0.00 | $29,582.43 |
| Subtotal | $29,598.03 | $15.60 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $29,598.03 | $15.60 |

| | | |
|---|---:|---:|
| Page Subtotals: | $29,598.03 | $29,598.03 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5900 - Checking | $29,598.03 | $15.60 | $0.00 |
| XXXXXX8622 - Checking | $0.00 | $29,582.43 | $0.00 |
|  | $29,598.03 | $29,598.03 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $29,598.03 |
| Total Gross Receipts: | $29,598.03 |